In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-20-00030-CR**
_____

**SOPHIA PEREZ HEATH, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 9th District Court**
**Montgomery County, Texas**
**Trial Cause No. 19-01-00864-CR**

**MEMORANDUM OPINION**

Pursuant to a plea bargain agreement, in which the State agreed to cap her punishment at twenty years of confinement, appellant Sophia Perez Heath pleaded guilty to aggravated kidnapping. After conducting an evidentiary sentencing hearing, the trial judge found Heath guilty and imposed a sentence of twenty years of confinement.

Heath's appellate counsel filed an *Anders* brief that presents counsel's professional evaluation of the record and concludes that the appeal is frivolous. *See*

1

*Anders v. California*, 386 U.S. 738 (1967); *High v. State*, 573 S.W.2d 807 (Tex. Crim. App. 1978). Heath filed a *pro se* brief in response. The Court of Criminal Appeals has held that we need not address the merits of issues raised in *Anders* briefs or *pro se* responses. *Bledsoe v. State*, 178 S.W.3d 824, 826-27 (Tex. Crim. App. 2005). Rather, an appellate court may determine either: (1) "that the appeal is wholly frivolous and issue an opinion explaining that it has reviewed the record and finds no reversible error[;]" or (2) "that arguable grounds for appeal exist and remand the cause to the trial court so that new counsel may be appointed to brief the issues." *Id.*

We have determined that this appeal is wholly frivolous. We reviewed the appellate record, and we agree with counsel's conclusion that no arguable issues support the appeal. Therefore, we find it unnecessary to order appointment of new counsel to re-brief the appeal. *Cf. Stafford v. State*, 813 S.W.2d 503, 511 (Tex. Crim. App. 1991). We affirm the trial court's judgment.[1]

AFFIRMED.

                         _____
                            W. SCOTT GOLEMON
                                Chief Justice

Submitted on February 3, 2021
Opinion Delivered March 3, 2021
Do Not Publish

Before Golemon, C.J., Kreger and Horton, JJ.

---

[1] Heath may challenge our decision in this case by filing a petition for discretionary review. *See* Tex. R. App. P. 68.